Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dhesi, Sarbjit, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>Exectech of Northern California, LLC,<br><br>    Defendant. | Case No. 4:17-cv-06430-DMR<br><br>**NOTICE OF SETTLEMENT** |

    NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 2nd March 2018

By: s/ Todd M. Friedman
TODD M. FRIEDMAN

Notice of settlement - 1

Filed electronically on 2nd March 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Filed electronically on this 2nd Day of March, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Hon. Donna M. Ryu

United States District Court
NORTHERN District of California

And all counsel registered on ECF.

                                             This 2nd Day of March, 2018.

                                             <u>s/Todd M. Friedman Esq.</u>
                                              TODD M. FRIEDMAN