Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARBJIT DHESI, individually and on behalf of all others similarly situated, <br><br>vs.<br><br>EXECTECH OF NORTHERN CALIFORNIA, LLC; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. **4:17-cv-06430-DMR**<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to any and all claims asserted by the named Plaintiff, SARBJIT DHESI, and without prejudice as to the Putative Class alleged in the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

                          Dated this _____

                          _____
                          Honorable Judge Donna M. Ryu
                          United States District Judge